## Ruth Schikora, Appellee, v. Freeport Motor Casualty Company, Appellant.

### Gen. No. 42,616.

opinion filed October 25, 1943; rehearing denied November 8, 1943. Burt A. Crowe, for appellant; Joseph F. Elward, for appellee; Joseph F. Elward and Philip Conley, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.